# LAW OFFICE OF CHRISTINE ALEXANDRIA RODRIGUEZ

225 BROADWAY, SUITE 2900　　　　　　　　　　　　　　　　　　TEL:　(212) 430-6525
NEW YORK, NY 10007　　　　　　　　　　　　　　　　　　　　　FAX:　(888) 349-2932

September 17, 2018

*Via ECF*

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　RE:　**Rimpel v. Advantagecare Physicians, P.C., 17 CV 06867 (NGG)(PK)**

Dear Judge Kuo:

　　My firm represents the Plaintiff, Dr. Bernard Rimpel in the above referenced matter. I write with the consent of counsel for the Defendant to request an adjournment of the settlement conference, currently scheduled to take place on September 25, 2018 at 2pm.

　　The parties conferred regarding the current status of discovery and the potential settlement discussions and believe that it would be more productive to have a settlement conference after we have conducted initial party depositions. Currently, the parties have exchanged their responses to interrogatories and document production. I am currently in the process of reviewing the documents produced by the Defendant, which consist of about 800 pages of material. The parties have also discussed scheduling for the depositions of the Plaintiff and two of the defense witnesses, which, based on counsel's schedules and witness availability, we intend to conduct during the last week of October and the first weeks in November. Therefore, we believe it would be most productive to have the conference at the end of November or first week December if that is convenient to the court.

　　We thank the Court for its kind consideration of this request.

Respectfully submitted,

*[signature]*

Christine A. Rodriguez


cc:　Michael Schmidt *via ECF*