UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BERNARD RIMPEL, M.D.,

                             Plaintiff,

           -against-

ADVANTAGECARE PHYSICIANS, P.C.,

                          Defendant.

-------------------------------------------------------------------X

**REPLY
DECLARATION OF
NICOLLE COMEFERO**

17-CV-06867 (NGG) (PK)

      **NICOLLE COMEFORO,** declares upon personal knowledge under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

      1.     I am the HR Business Partner at EmblemHealth Services, the parent company of AdvantageCare Physicians, P.C. (**"ACPNY"** or **"Company"**). I respectfully submit this Reply Declaration in support of the application to this Court seeking summary judgment and the dismissal of Plaintiff's Complaint, and specifically to address an issue that was raised by Dr. Rimpel in his submission to the Court.

      2.     I understand that Dr. Rimpel has pointed to two audit-related documents: a general memorandum referencing a total audit monthly score for the month of February 2016 (attached to this Declaration as Exhibit A) and a specific daily audit report for February 29, 2016 (attached to this Declaration as Exhibit B). Based in part on my review of the documents and the information received from our Revenue Cycle and Auditing Department, these two documents do not provide the same information, and they are not inconsistent.

      3.     The memorandum attached as Exhibit A refers to the total monthly audit scores for Dr. Rimpel for three separate months. According to the memorandum, for the entire month of February 2016, Dr. Rimpel's audit score was 73%. However, the daily audit report attached as

Exhibit B looks at a specific daily score for particular coding issues that were re-audited for that day. In other words, the rating provided in that document (*i.e.,* a rating of 82) only reflects the specific follow up coding issues that were re-audited for that particular day. As a result, the fact that an overall rating of 82 was referenced for the re-audited issues on February 29, 2016 is not inconsistent with the overall rating of 73 that was referenced for the entire month of February 2016.

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16TH day of August 2019 in New York, New York.

Nicolle Comeforo

# EXHIBIT A

Bernard Rimpel, MD

Meeting Date:                TBD
Specialty:                   General Surgery
3 Audit Review Average:      71%
Audit Review Month/Dates:    2/2016, 1/2015, 7/2014

General Audit Issues

Dr. Rimpel appears to be moving backwards in his scoring. His February 2016 score is 73%, January 2015 90%, and July 2014 50%. There was improvement, but his recent audit is showing similar patterns of documentation when he was scoring poorly. His issues are as follows:

- The Provider needs a refresher on which presenting problems are low, moderate, and high medical decision making (MDM).
- The Provider needs a refresher on when it is appropriate to code an E/M in addition to procedures performed.
- For the above audits, over-coding appears to be caused by under documenting the history and exam to support his MDM. However, there are a few cases where he uses a level 4 CPT code, and his MDM documents one stable problem for established patients.

- History of Present Illness (HPI) is stated, but does not consistently describe the nature of or use descriptors to capture the nature of the patient's present illness which is a documentation guideline requirement.
- Review of systems (ROS) is often not documented well enough to support higher level MDM.
- Exam documentation is templated. The Provider must remember to tailor the exam to the patient seen to avoid cloning.
- History and exam documentation do not support medical decision making (MDM). The Provider requires a refresher on how to adequately support MDM via the history (ROS) documentation.



DEFENDANT'S
EXHIBIT
I
12/6/18 JC

# EXHIBIT B

**Specialty: General Surgery**

| Review Name February 2016 | Date | Type | CPT Billed | CPT Supported | Overall Rating | Doc Compliance % | Hist | Exm | MDM | Correct Code % | Under Code % | Over Code % | Wrong Code % | Status | Met | Meeting Date | Letter Sent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2/29/2016 | Annual | | | 82 | 82 | | | | | | | | Complete | ☑ | 3/8/2016 | |
| Patient MRN: 5040800 Performing Prov | DOS 2/2/2016 | CPT Billed 99244 | CPT Supported 99204 | | | | Hist 4 | Exm 5 | MDM 4 | Medical Necess | Determination Correct Coding | | | "All other systems reviewed and are negative." As of June 2015, ACP is no longer using consultation codes for internal referrals. | | | |
| Patient MRN: 5558493 Performing Prov | DOS 2/4/2016 | CPT Billed 99214 | CPT Supported 99214 | | | | Hist 3 | Exm 4 | MDM 4 | Medical Necess | Determination Correct Coding | | | | | | |
| Patient MRN: 5122501 Performing Prov | DOS 2/2/2016 | CPT Billed 99024 | CPT Supported 99024 | | | | Hist 3 | Exm 4 | MDM 4 | Medical Necess | Determination Correct Coding | | | | | | |
| Patient MRN: 5276850 Performing Prov | DOS 2/4/2016 | CPT Billed 99214 | CPT Supported 99213 | | | | Hist 3 | Exm 4 | MDM 3 | Medical Necess | Determination Overcode +1 Level | | | Documentation states condition is stable, and without exacerbation. | | | |
| Patient MRN: 5293775 Performing Prov | DOS 2/3/2016 | CPT Billed 99214 | CPT Supported 99214 | | | | Hist 3 | Exm 4 | MDM 4 | Medical Necess | Determination Correct Coding | | | | | | |
| | DOS 2/2/2016 | Name J3301 | 11900 | | | | | | | | Determination Missed Charge | | | Kenalog 20mg was injected (x2 units) | | | |
| | DOS 2/2/2016 | | | | | | | | | | Correct Coding | | | | | | |
| Patient MRN: 5313492 Performing Prov | DOS 2/4/2016 | CPT Billed 99215 | CPT Supported 99215 | | | | Hist 3 | Exm 4 | MDM 5 | Medical Necess | Determination Correct Coding | | | | | | |
| Patient MRN: 5589400 Performing Prov | DOS 2/4/2016 | CPT Billed 99214 | CPT Supported 99214 | | | | Hist 3 | Exm 4 | MDM 4 | Medical Necess | Determination Correct Coding | | | | | | |
| Patient MRN: 5613785 Performing Prov | DOS 2/1/2016 | CPT Billed 99214 | CPT Supported 99214 | | | | Hist 3 | Exm 4 | MDM 4 | Medical Necess | Determination Correct Coding | | | | | | |

CONFIDENTIAL

DD0474

**Clinical Claims Review (Self Audit) 2015**

**Specialty General Surgery**

CONFIDENTIAL

| Patient MRN: 5871778 | DOS | CPT Billed | CPT Supported | Hist | Exm | MDM | Medical Necess | Determination | Status | Letter Sent |
|---|---|---|---|---|---|---|---|---|---|---|
| Performing Prov | 2/1/2016 | 99203 | 99202 | 2 | 3 | 4 | | Overcode +1 Level | If split-shared visit, best to code/bill with PA's NPI as documentation better suits new patient level 3 requirements. | |

| Patient MRN: 6018699 | DOS | CPT Billed | CPT Supported | Hist | Exm | MDM | Medical Necess | Determination | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Performing Prov | 2/2/2016 | 99215 | 99215 | 3 | 5 | 5 | | Correct Coding | | |

| Review Name | Date | Type | | Overall Rating | Doc Compliance % | Correct Code % | Under Code % | Over Code % | Wrong Code % | Status | Met | Meeting Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January 2015 | 1/31/2015 | Re-Audit | | 90 | 90 | 90 | | | | Complete | ☐ | |

Review done by Andrada Pop. Sample of 10 notes. Generally, HPI- is more brief than extended. FGS- needs to say "All other's reviewed" not "Comprehensive review". Histories are marked as reviewed. Improve documentation of sizes and location of lesions. All Consultation guidelines are met. In general, undercoding was 49%. Doing much better to meet documentation guidelines now that list has been four months in EPIC.

NOTE: Due to inclement weather ACP closed doors on the scheduled meeting date of 01/27/15 - no meeting- Ango

| Patient MRN: 5237745 | DOS | CPT Billed | CPT Supported | Hist | Exm | MDM | Medical Necess | Determination | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Performing Prov | 1/20/2015 | 11900 | 11900 | | | | | Determination | Document better the number of lesions. J code was not coded. | |
| | 1/20/2015 | 99212 | 99212 | Hist | Exm | MDM | Medical Necess | Correct Coding | | |

| Patient MRN: 5062735 | DOS | CPT Billed | CPT Supported | Hist | Exm | MDM | Medical Necess | Determination | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Performing Prov | 1/20/2015 | 29580 | 29580 | Hist | Exm | MDM | Medical Necess | Correct Coding | | |
| | 1/20/2015 | 99212 | 99213 | | | | | Under Coding | | |

| Patient MRN: 5113615 | DOS | CPT Billed | CPT Supported | Hist | Exm | MDM | Medical Necess | Determination | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Performing Prov | 1/22/2015 | 99243 | 99243 | 3 | 3 | 3 | | Correct Coding | Patient was seen for 1st time to be evaluated. Wound debridement code 97597 could have been used as well. Need to document size of wound. Discuss. | |

| Patient MRN: 5147738 | DOS | CPT Billed | CPT Supported | Hist | Exm | MDM | Medical Necess | Determination | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Performing Prov | 1/15/2015 | 99212 | 99213 | 4 | 4 | 3 | | Under Coding | | |

| Patient MRN: 5179258 | DOS | CPT Billed | CPT Supported | Hist | Exm | MDM | Medical Necess | Determination | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Performing Prov | 1/22/2015 | 17250 | 17250 | Hist | Exm | MDM | Medical Necess | Correct Coding | | |
| | 1/22/2015 | 99213 | 99213 | | | | | Correct Coding | | |

D0475